# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2014

149055

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

  SC: 149055
  COA: 318194
  Kent CC: 10-005121-FC

IMER GASHI,
  Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 14, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014



Clerk

p1112